IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DNT, LLC, | ) |
|         Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 3:09cv00021(JRS) |
| SPRINT NEXTEL CORPORATION, et al., | ) |
| | ) |
|         Defendants. | ) |

**UNOPPOSED MOTION TO EXCUSE PRESENCE
OF T-MOBILE'S LOCAL COUNSEL AT TRIAL**

Defendant, T-Mobile USA, Inc. ("T-Mobile"), by counsel, moves the Court to excuse the presence of T-Mobile's local counsel, Dana D. McDaniel, M. F. Connell Mullins, Jr., and Edward Everett Bagnell, Jr., of Spotts Fain PC, at the trial of this matter and to allow T-Mobile to be represented at trial by its lead trial counsel, each of whom has been admitted to *pro hac vice* in this case.  As more fully explained in the Brief in Support of this Motion filed herewith, the Court has discretion to grant this motion and doing so will help alleviate crowding in the courtroom during trial and will not compromise or undermine the purposes served by Local Rule 83.1(D)(1)(b).  Local counsel for other defendants will be present throughout trial to advise the defense group collectively with respect to any local practice and/or Local Rules issues that may arise, and in the unlikely event the Court directs T-Mobile's local counsel to appear during trial, Spotts Fain's office is just ten minutes from the Courthouse.

Counsel for T-Mobile has conferred with counsel for plaintiff DNT LLC ("DNT") who has confirmed that DNT does not oppose this Motion.

WHEREFORE, T-Mobile USA, Inc., by counsel, respectfully requests that this Court excuse the presence of T-Mobile's local counsel at trial and allow T-Mobile's lead trial counsel to conduct T-Mobile's defense.

Dated:  November 30, 2009                              T-MOBILE USA, INC.

                                                    /s/
Dana D. McDaniel (VSB No. 25419)
E-mail:  dmcdaniel@spottsfain.com
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email:  cmullins@spottsfain.com
Edward Everett Bagnell, Jr. (VSB No. 74647)
E-mail:  ebagnell@spottsfain.com
Attorneys for T-Mobile USA, Inc.
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2065
Fax: (804) 697-2165

Of Counsel:

Ramsey M. Al-Salam
Email:  RAlsalam@perkinscoie.com
Ryan J. McBrayer, Esq.
Email:  RMcBrayer@perkinscoie.com
Perkins Coie LLP
1201 Third Ave. Ste. 4800
Seattle, WA 98101
Phone: (206) 359-6385
Fax: (206) 359-7835

Autumn N. Nero, Esq.
Email:  ANero@perkinscoie.com
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703-5118
Phone: (608) 663-7467
Fax: (608) 633-7499

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of November, 2009.

                                          /s/
                              Dana D. McDaniel (VSB No. 25419)
                              E-mail: dmcdaniel@spottsfain.com
                              Attorney for T-Mobile USA, Inc.
                              Spotts Fain PC
                              411 East Franklin Street, Suite 600
                              Richmond, Virginia 23219
                              Phone: (804) 697-2065
                              Fax: (804) 697-2165