**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**Civil Action No.: 3:09-cv-21 (JRS)**

**DNT LLC,**

      **Plaintiff,**

**v.**

**SPRINT SPECTRUM, LP,** *et al.*

      **Defendants.**

**NOTICE OF APPEAL**

Notice is given that DNT LLC, by counsel, in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's following Judgment and Order:

- The Judgment entered and filed in this action on January 15, 2010 [Doc. No. 522] and all underlying adverse rulings; and,

- The Court's August 30, 2010 Order [Doc. No. 581] insofar as it denied DNT's Motion for New Trial or in the Alternative to Amend Judgment and granted Defendants' Joint Motion for Costs and Fees Incurred as a Result of DNT LLC's Responses to Requests for Admissions.

Dated:  September 29, 2010

Respectfully submitted,

DNT LLC

By Counsel

*Of counsel:*

Adam V. Floyd, Esquire
Brain K. Buss, Esquire
Matthew S. Wermager, Esquire
Chad P. Ennis, Esquire
H. Kenneth Prol, Esquire
Joseph D. Gray, Esquire
Reese P. McKnight, Esquire
Nicholas A. Schuneman, Esquire
FLOYD & BUSS LLP
5113 S.W. Parkway, Suite 140
Austin, Texas 78735
Tel:  (512) 681-1500
Fax: (512) 681-1590

  /s/ S. Coburn           
S. Perry Coburn (VSB 78372)
pcoburn@cblaw.com
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
Roman Lifson (VSB 43714)
rlifson@cblaw.com
Nichole Buck Vanderslice (VSB 42637)
nvanderslice@cblaw.com
CHRISTIAN & BARTON, LLP
909  East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel:  (804) 697-4100
Fax:  (804) 697-4112

*Attorneys for Plaintiff DNT, LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of September, 2010, the foregoing document was

electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a

notification of such filing (NEF) to the following:

Kenneth John Nichols
Laurin Howard Mills
Nixon Peabody LLP
401 9th St NW, Suite 900
Washington, DC 20004-2128
(202) 585-8000
Email: knichols@nixonpeabody.com
Email: lmills@nixonpeabody.com

Robert Edward Krebs
Christopher Lee Ogden
Nixon Peabody LLP
200 Page Mill Road, 2nd Fl.
Palo Alto, CA 94306
(650) 320-7743
Email: rkrebs@nixonpeabody.com
Email: cogden@nixonpeabody.com

Ronald Frank Lopez
Nixon Peabody LLP
One Embarcadero Center, 18th Fl.
San Francisco, CA 94111
(415) 984-8368
Email: rflopez@nixonpeabody.com

Edward F. McCormack
Nixon Peabody LLP
161 North Clark, Suite 4800
Chicago, IL 60601
(312) 425-3900
Email: emccormack@nixonpeabody.com

*ATTORNEYS FOR SPRINT
SPECTRUM, LP and NEXTEL
OPERATIONS, INC.*

Brian Charles Riopelle
David Evan Finkelson
McGuireWoods LLP
901 E Cary St
Richmond, VA 23219-4030
(804) 775-1000
Email: briopelle@mcguirewoods.com
Email: dfinkelson@mcguirewoods.com

Andrew Gerald McBride
James Harold Wallace, Jr.
John Benedict Wyss
Kevin Paul Anderson
Wiley Rein LLP
1776 K St NW
Washington, DC 20006
(202) 719-7135
Email: amcbride@wileyrein.com
Email: jwallace@wileyrein.com
Email: jwyss@wileyrein.com
Email: kanderson@wileyrein.com

*ATTORNEYS FOR CELLCO PARTNERSHIP,
d/b/a VERIZON WIRELESS and ALLTEL
COMMUNICATIONS, INC.*

Dana Duane McDaniel
Spotts Fain PC
411 E Franklin St, Suite 600
PO Box 1555
Richmond, VA 23218-1555
(804) 697-2065
Email: dmcdaniel@spottsfain.com

Autumn Noelle Nero
Perkins Coie LLP
1 East Main Street Suite 201
Madison, WI 53703
608-663-7467
Email: anero@perkinscoie.com

Ramsey Maxwell Al-Salam
Ryan James McBrayer
Perkins Coie LLP
1201 Third Ave, Suite 4800
Seattle, WA 98101
206-359-8000
Email: ralsalam@perkinscoie.com
Email: rmcbrayer@perkinscoie.com

*ATTORNEYS FOR T-MOBILE USA, INC.*

Eric C. Rusnak
K&L Gates, LLP
1601 K. Street, NW
Washington,  DC 20006-1600
202-778-9000
Email:  eric.rusnak@klgates.com

Michael J. Bettinger
Timothy Paar Walker
K&L Gates, LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
415-822-8200
Email:  mike.bettinger@klgates.com
Email: timothy.walker@klgates.com

*ATTORNEYS FOR NOVATEL WIRELESS,*
*INC.*

Dabney Jefferson Carr, IV
Robert Armistead Angle
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
804-697-1238
Email: dabney.carr@troutmansanders.com
Email: robert.angle@troutmansanders.com

Victor Manuel Felix
Anthony J. Dain
Frederick Keith Taylor
Lisel M. Ferguson
Procopio Cory Hargreaves & Savitch LLP
530 B Street Suite 2100
San Diego, CA 92101
619-515-3241
Email: vmf@procopio.com
Email: ajd@procopio.com
Email: fkt@procopio.com
Email: lmf@procopio.com

*ATTORNEYS FOR U.S. CELLULAR CORP.*

Phillip Edward Morton
Cooley Godward Kronish LLP
Reston Town Center
One Freedom Sq
11951 Freedom Dr
Reston, VA 20190-5656
(703) 456-8000
Fax: (703-456-8100
Email: pmorton@cooley.com

*ATTORNEY FOR QUALCOMM, INC.*

4

/s/ S. Perry Coburn
S. Perry Coburn (VSB 78372)
pcoburn@cblaw.com
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
CHRISTIAN & BARTON, LLP
909  East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel:  (804) 697-4100
Fax:  (804) 697-4112
*ATTORNEY FOR DNT, LLC*

1086818