# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT



2011-1001

DNT, LLC,

              Plaintiff/Counterclaimant-
              Appellant,

v.

SPRINT SPECTRUM, LP and NEXTEL OPERATIONS, INC.,

              Defendants-Appellees,
and

CELLCO PARTNERSHIP (doing business as Verizon Wireless)
and ALLTEL COMMUNICATIONS, LLC,

              Defendants-Appellees,
and

T-MOBILE USA, INC.,

              Defendant-Appellee,
and

UNITED STATES CELLULAR CORPORATION,

              Defendant-Appellee,
and

NOVATEL WIRELESS, INC.,

              Counterclaim Defendant-
              Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0021, Chief Judge James R. Spencer.

# O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

01/03/11

cc: Clerk's Office, DCT
Adam V. Floyd
Anderson, Dain

**ISSUED AS A MANDATE: 01/03/11**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN - 3 2011

JAN HORBALY
CLERK

DNT V SPRINT SPECTRUM, 2011-1001
DCT - 09-CV-0021